**STATE v. WILLIAMS**

[357 N.C. 45 (2003)]

STATE OF NORTH CAROLINA v. CHRIS WILLIAMS

No. 521PA02

(Filed 28 March 2003)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 153 N.C. App. 192, 568 S.E.2d 890 (2002), vacating a judgment entered 17 April 2001 by Judge William C. Griffin, Jr., in Superior Court, Pasquotank County, and remanding for entry of judgment for defendant's conviction of assault on a female. Heard in the Supreme Court 13 March 2003.

*Roy Cooper, Attorney General, by William P. Hart, Special Deputy Attorney General, for the State-appellant.*

*Paul Pooley for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.